[Nos. 4032–1–III; 4372–0–III.   Division Three.   July 30, 1981.]

B. R. & B., INC., ET AL, *Respondents,* v. HARLEY
P. MANZ, ET AL, *Appellants.*

Appeals from judgments of the Superior Court for
Spokane County, No. 79–2–06163–2, William J. Grant, J.,
entered June 20, 1980, and January 7, 1981. *Affirmed* by
unpublished opinion per McInturff, C.J., concurred in by
Green and Roe, JJ.